IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cr-00212-RAH |
| | ) | |
| RUEBEN BROWN, | ) | |
| a.k.a. "Ruben Brown," | ) | |

**<u>FORFEITURE MONEY JUDGMENT</u>**

Before the Court is the government's Motion for a Forfeiture Money Judgment in the amount of $93,747.35 filed on January 13, 2025. (Doc. 281).

Being fully advised of the relevant facts, this Court hereby finds that the defendant, Rueben Brown, obtained at least $93,747.35 in proceeds from the Conspiracy to Commit Wire Fraud, Bank Fraud, and Mail Fraud, to which he pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED and DECREED that for good cause shown, the government's motion is GRANTED.

It is further ORDERED that, pursuant to 982(a)(2)(A) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $93,747.35.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

DONE this 13th day of January 2025.

_____
UNITED STATES DISTRICT JUDGE